UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. QUEBE,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JAMES D. HARTLEY,<br><br>　　　　　Respondent. | Case No. SACV 11-1415 DDP(JC)<br><br>(~~PROPOSED~~) ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE |

On September 13, 2011, petitioner John H. Quebe ("petitioner"), a prisoner in state custody and proceeding pro se, filed a federal petition for writ of habeas corpus (the "Petition") which, on September 26, 2011, was ordered supplemented with missing pages 75-99. Petitioner challenges a conviction sustained in the Orange County Superior Court on forty-seven (47) grounds.

On November 22, 2011, respondent filed an Answer to the Petition which asserts that the Petition is wholly unexhausted and that petitioner's claims lack merit. On February 21, 2012, petitioner filed a Reply in which he concedes that his claims are unexhausted and requests that this action be dismissed without prejudice and that he be permitted to return to federal court upon exhaustion of his claims in the California Supreme Court.

///

    Once a Court determines that a habeas petition contains only unexhausted claims, it may dismiss the petition for failure to exhaust. <u>Rasberry v. Garcia</u>, 448 F.3d 1150, 1154 (9th Cir. 2006). As the parties agree that the claims in the Petition are unexhausted, dismissal of the Petition is appropriate.

    IT IS THEREFORE ORDERED that the Petition is dismissed without prejudice and that Judgment be entered accordingly. Petitioner may return to federal court and file a new federal petition for a writ of habeas corpus upon the exhaustion of his claims, subject to the statute of limitations.

DATED:   JUN 1 4 2012

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE