UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN H. QUEBE, | ) | Case No. SACV 11-1415 DDP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: __June 14, 2012__

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE